

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG, CLERK
FEB 20 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**KENNETH LLOYD THOMAS**

INDICTMENT

NO. 3:19-CR-24-JHM

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Felon in Possession of Firearm)*

On or about October 4, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, **KENNETH LLOYD THOMAS,** defendant herein, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

On or about November 14, 2005, **KENNETH LLOYD THOMAS**, was convicted in Jefferson Circuit Court, in Case Number 04-CR-3277, of Possession of a Controlled Substance (2 Counts), and in Case Number 05-CR-2202, of Possession of a Controlled Substance (Oxycodone) (1 Count);

On or about April 13, 2009, **KENNETH LLOYD THOMAS,** was convicted in Jefferson Circuit Court, Louisville, Kentucky, in Case Number 08-CR-3850 of Possession of a Controlled Substance (Cocaine); and,

On or about July 20, 2010, **KENNETH LLOYD THOMAS**, was convicted in Jefferson Circuit Court, in Case Number 08-CR-3737, of Possession of a Handgun by a Convicted Felon.

knowingly possessed, in and affecting commerce, a firearm, that is, a Remington, .380 caliber semi-automatic pistol, bearing serial number RM020901C.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **KENNETH LLOYD THOMAS,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to a Remington, .380 caliber semi-automatic pistol, bearing serial number RM020901C.

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

*Russell M. Coleman*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:rr:1/23/2019

UNITED STATES OF AMERICA v. **KENNETH LLOYD THOMAS**

## PENALTIES

Counts 1: NM 10 yrs./$250,000/both/3 yrs. Supervised Release

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

## THE UNITED STATES OF AMERICA

vs.

## KENNETH LLOYD THOMAS

## INDICTMENT

### Count 1
*Felon in Possession of Firearm*
18 U.S.C. §§922(g)(1) and 924(a)(2)

**Forfeiture**

*A true bill.*

_____
*Foreperson*

*Filed in open court this 20ʰ day of February, 2019.*

**FILED**
VANESSA L. ARMSTRONG, CLERK

FEB 20 2019      *Clerk*

Bail, $            U.S. DISTRICT COURT
                  WEST'N. DIST. KENTUCKY