# Exhibit A




# LOUISVILLE METRO POLICE DEPARTMENT

## INVESTIGATIVE REPORT

| | |
|---|---|
| **Type of Investigation:**<br>Traffic Stop. Firearm Investigation. Narcotics Investigation.<br><br>**Locations:**<br>1. Intersection of Rockford Lane and Teaneck Lane<br>Louisville, KY 40216<br><br>**Vehicle:**<br>2. 2006 Chevy Tahoe (Maroon)<br>KY- 628-YNZ<br>VIN: 1GNEC13T06R114004<br><br>**Suspects:**<br>3. B/M Thomas, Kenneth Lloyd<br>\_\_\_ Rookwood Avenue<br>Louisville, KY 4018<br>DOB- \_\_/1984<br>SSN- \_\_\_-7135<br><br>4. B/M Collins, Craig<br>\_\_\_ W. Kentucky Street<br>Louisville, KY 40211<br>DOB- \_\_/1976<br>SSN- \_\_\_-1415<br><br>**Charges:**<br>5. Convicted Felon in Possession of a Handgun<br>6. Conceal Carry Deadly Weapon<br>7. Possession of Marijuana<br>8. No Seat Belt | **File No**<br>80-18-077746<br><br>**Date of Report**<br>10/04/2018<br><br>**Submitted By**<br>**Detective William Mayo**<br><br>**Others Involved**<br>Detective Jon Robbins<br>Detective Curt Flynn<br>Sgt. Rob King<br>Sgt. Kevin Casper<br>Detective Bryan Wilson<br>Detective Kelly Hanna<br>Detective Todd Benzing -K9<br>Maverick |

1. On 10/4/2018 Detective William Mayo, Detective Curt Flynn, and Detective Jonathan Robbins, who all are members of the Louisville Metro Police Department's 9th Mobile Division, observed the driver of a 2006 Chevy Tahoe, with KY registration plate of 628YNZ, without having his seatbelt fastened.

2. Through preliminary investigation, the driver, Mr. THOMAS, had a warrant for his arrest out of the Commonwealth of Pennsylvania. Mr.

THOMAS was asked to step out of the vehicle so Det. Mayo could continue the investigation. As Det. Mayo continued his communication with Mr. THOMAS, he began to get a strong odor of marijuana coming from inside the vehicle. At this time an open container of alcohol was observed inside the passenger compartment and the vehicle was searched.

3. In the center of the backseat, a black leather Motorcycle Club vest was found. In that vest was a Title to a motorcycle that had Mr. THOMAS'S name and signature on it. Mr. THOMAS stated that it was his Title and his motorcycle. Also found in the vest pocket was a small baggie of marijuana and a Remington .380 handgun. Mr. THOMAS, during a post-Miranda interview stated that the Title to the motorcycle, the marijuana and the vehicle (Chevy Tahoe) belonged to him.

4. Through further search of Mr. THOMAS, more marijuana was found on his person in his left pants pocket. During the investigation of Mr. THOMAS, Detective Mayo found him to a be convicted felon on case numbers 08-CR-003850, 08-CR-003737, 05-CR-002202, 04-CR-003277 out of Jefferson County, Kentucky. Because of his felonious status, Mr. THOMAS is unable to possess firearms and he does not have a Concealed Carry Deadly Weapon permit. Mr. THOMAS was taken into custody and transferred to Louisville Metro Department of Corrections. The handgun and marijuana was taken to the Louisville Metro Polices Property Room.

5. With the assistance of the Louisville Metro Police Department's Real Time Crime Center, a personal social media account was found, and photographs were obtained of Mr. THOMAS wearing the black vest bearing the words "HONEST" on the left chest and the patch bearing the words "Phantom Support" on the right chest. These photographs were identical to the black vest Det. Mayo seized on 10/4/2018. In addition, Mr. THOMAS's personal social media account has the username of "HONEST THEREALIST" indicating that he goes by the moniker of "HONEST", the same name found on the left chest of the black vest found in his vehicle on 10/4/2018.

GUN INFO: Remington .380 SN# RM020901C

Investigator's Signature: *[signed] William Mayo*

LMPD # 05-0002
10/05