UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                         CRIMINAL NO.: 3:19CR-24-JHM

KENNETH LLOYD THOMAS                                                                    DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America to reconsider the Memorandum Opinion and Order (DN 36). The Court being otherwise sufficiently advised,

**IT IS ORDERED** that the motion is **GRANTED.**