UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                                                      CRIMINAL NO.:  3:19CR-24-JHM

KENNETH LLOYD THOMAS                                                      DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America to dismiss the instant action. **IT IS ORDERED** that the motion is **GRANTED** and the action is **DISMISSED**.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

October 12, 2020